Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Ashley Turner  **Case Number:** 0101 1:15CR10284

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole, Senior U.S. District Judge

**Date of Original Sentence:** December 19, 2017

**Original Offense:** Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(C)

**Original Sentence:** 48 months of Probation

**Type of Supervision:** Probation  **Date Supervision Commenced:** December 19, 2017

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Non-Compliance |
|---|---|
| I | **Violation of Mandatory Condition:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>According to Lynn Police Department (LPD) Incident Report 18067996, on 9/15/18 at approximately 10:33 pm, officers responded to a report of an overdose involving Ms. Turner. Officers observed that Ms. Turner was unresponsive with agonal breathing. Lynn Fire administered 4mg of nasal Narcan to Ms. Turner. Ms. Turner responded to the Narcan and vomited on the ground next to her. Ms. Turner denied using any type of drugs.<br><br>On 9/19/18, during a telephone conversation with this officer, Ms. Turner admitted to the incident described in LPD Incident Report 18067996. Ms. Turner admitted that on 9/15/18, she inhaled a crushed pill that she believed to be "oxy." |
| II | **Violation of Standard Condition #9:** If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>According to LPD Incident Report 18067996, on 9/15/18, officers responded to a report of an overdose involving Ms. Turner. In their response to the incident, officers questioned Ms. Turner. Ms. Turner had not notified the Probation Department of the incident within 72 hours. |

U.S. Probation Officer Action:

On 9/19/18, during a telephone conversation, this officer thanked Ms. Turner about her honesty concerning the above noted relapse. This officer encouraged Ms. Turner to recommit to treatment and recovery. This officer reviewed treatment options and collaborated with Ms. Turner to create a comprehensive treatment plan. With input from Ms. Turner's treatment provider, a plan was determined and Ms. Turner agreed to follow through with said plan.

This officer informed Ms. Turner that the Court would receive notification about this issue of non-compliance. As an interventional effort, this officer: (a) coached Ms. Turner on risks and potential consequences of illicit drug use; (b) encouraged Ms. Turner to utilize probation staff as a resource; and (c) advised Ms. Turner to work diligently to apply adaptive decision-making. As a response to this non-compliance, this officer re-enrolled Ms. Turner in the Probation Office's PHASE program (urinalysis testing) in order to monitor her substance use. Furthermore, probation staff will: (a) continue to monitor Ms. Turner in the community and (b) facilitate Ms. Turner's skill development. The Probation Office respectfully requests no Court action at this time. This document serves as notification of the non-compliance.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| /s/ Brett Wingard | /s/ Justin Prophet |
| Brett Wingard | by Justin Prophet |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | Date: 9/21/2018 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Honorable George A. O'Toole, Jr
Senior U.S. District Judge

9/21/18
_____
Date